177 F.3d 901
 Joe Leonard LAMBRIGHT, Petitioner-Appellant,
v.
Terry L. STEWART, Director, Arizona Department of
Corrections, Respondent-Appellee.
Robert Douglas Smith, Petitioner-Appellant,
v.
Terry L. Stewart, Director, Arizona Department of
Corrections, Respondent-Appellee.
 Nos. 96-99020, 96-99025 and 96-99026.
 United States Court of Appeals,
Ninth Circuit.
 May 25, 1999.
 
 Before: HUG, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. The three-judge panel opinion, Lambright v. Stewart, 167 F.3d 477 (9th Cir.1999), is withdrawn.